# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00491-CV

**In re Paul Vincent Morinville**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

The motion for temporary relief and the petition for writ of mandamus are denied.

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Waldrop and Henson

Filed: August 24, 2007